IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BYRON W. BROOKS,** *Plaintiff*, <br><br> v. <br><br> **RANDSTAD TECHNOLOGIES, LLC, KEITH GILCHRIST, and JOSEPH SANTORA** *Defendants*. | **CIVIL ACTION NO. 19-cv-04037** |

### ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 24th day of March, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24), Plaintiff's Response in Opposition (ECF No. 39), and Defendants' Reply (ECF Nos. 36 & 40), for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion is

1. **DENIED:**

    a. as to Count I: Racial Discrimination pursuant to Title VII against Defendant Randstad;

    b. as to Count II: Racial Discrimination pursuant to the PHRA against all Defendants;

    c. as to Count III: Retaliation against all Defendants;

2. **GRANTED:**

    a. as to Count I: Racial Discrimination pursuant to Title VII against Defendants Gilchrist and Santora;

    b. as to Count I: Age Discrimination pursuant to the ADEA against all Defendants;

    c. as to Count I: Disability Discrimination pursuant to the ADA against all Defendants;

    d. as to Count II: Age Discrimination pursuant to the PHRA against all Defendants;

e. as to Count II: Disability Discrimination pursuant to the PHRA against all Defendants.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-4037 Brooks v Randstad Tech\19cv4037 - Order on MSJ.docx